No. 3590.—STATE ex rel. A. HERO, JR., v. J. L. LARESCHE.

The fact that a person is a notary public does not of itself entitle him to the custody or control of the records of a deceased notary. Such person is not, therefore, entitled to an appeal from an order of the judge *a quo*, directing him to deliver the records of the deceased notary to the proper officer designated by law to receive them. An oath of such notary that he has an interest in retaining possession of the records of the deceased notary above five hundred dollars is not sufficient of itself to vest the appellate court with jurisdiction of the appeal.

APPEAL from the Eighth District Court, parish of Orleans. *Dibble, J. Hornor & Benedict,* for relator, appellee. *J. A. Dejean,* for respondent.

HOWELL, J. A motion is made by relator to dismiss this appeal because defendant has no appealable interest in the controversy.

It is a proceeding by mandamus by the custodian of notarial records, of the parish of Orleans, to obtain possession of the notarial records of Paul E. Laresche, deceased, withheld by his son, the defendant, who simply asserts that he holds them because he is a notary public, and the relator is not entitled to the custody thereof. He discloses no pecuniary interest whatever in the said records, notwithstanding his affidavit to the effect that his interest exceeds $500.

His being a notary public does not entitle him to any property in or control over the records of a deceased notary.

It is therefore ordered that the appeal herein be dismissed, with costs.